
Michael Postle (*Pro-Se*)
2219 Catherwood Way
Sacramento, CA 95835

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

In re:                                ) Case No.: 21-22632-C-7
                                      )
Michael Postle,                       )
                                      )
    Debtor.                          )
                                      )

---

### REQUEST FOR ADJURNMENT PENDING DISPOSITION OF WITNESS TAMPERING HEARING

Debtor Michael Postle ("Postle" or "Debtor") comes before this court in accordance with §105 of the Bankruptcy Code and Rules 9014 and 9037 of the Federal Rules of Bankruptcy Procedure and respectfully moves this Court to adjourn the October 12, 2021 involuntary bankruptcy hearing until after the disposition of a witness tampering hearing (Case number d-1-gn-18-001835, Travis County, Texas, hereinafter "Texas action"), taking place at 2pm on October 25, 2021.

On March 18, 2021, I provided testimony concerning Mr. Randazza's unprofessional conduct during a court ordered call. During the call, Mr. Randazza berated, used profanity against, and attempted to intimidate a woman representing a volunteer organization assisting me in finding

- 1 -
REQUEST FOR ADJOURNMENT PENDING DISPOSITION OF WITNESS TAMPERING HEARING

legal counsel. At the time, I was in discussions with Mark Bankston, to potentially act as my attorney. After the call, I told Mr. Bankston about Mr. Randaza's behavior and provided him with a sworn statement. This testimony was added to the testimony of others who had similarly been threaten, intimidated, and subjected to the profane, specifically anti-Semitic rants of Mr. Randazza and presented to the court in a separate trial in which Mr. Bankston and Mr. Randazza were both counsel.

In early July, 2021, I was made aware that my testimony would be used as a component of a pro hoc vici review in the Texas action focusing on Mr. Randazza's fitness to be a part of that case. In response, Mr. Randaza was furious and started emailing and texting me, stating that I had "made it personal" and "that wasn't smart." He then filed involuntary bankruptcy action against me.

On July 28, 2021, Mr. Randazza emailed me and demanded that I retract my statement and tell the court that I had lied, which I had not. Mr. Randazza stated that if I failed to do so, he would start filing other legal charges against me as well. He stated that unless I retracted my statements in court, he would essentially pursue me and make me feel "the effects" of his actions.

On August 1, 2021, I alerted the court in Travis County of the additional threats and continued unwanted contact, even after I told Mr. Randazza to stop contacting me. I provided a further sworn statement, and copies of the emails to the court.

Mr. Randazza was subsequently denied *pro hac vice* status in the Texas case. Concerned by this aggressive and unprofessional behavior, a hearing date has been set in the Texas action to determine if Mr. Randazza and his agents are allowed contact with me or to possess documents concerning me. Mr. Randazza and/or his firm have previously doxed me on social media, listing my home address (where my minor daughter resides), posted threats of violence against me, and have posted my social security number, date of birth, and account details in this bankruptcy proceeding.

Debtor believes that the outcome of the Texas hearing will assist this Court in determining its ruling regarding Debtor's pending Motion to Dismiss.
- 2 -
REQUEST FOR ADJOURNMENT PENDING DISPOSITION OF WITNESS TAMPERING HEARING

WHEREFORE, the Debtor respectfully requests that the Court adjourn the hearing set for October 12, 2021 pending the deposition of the witness tampering hearing in the Texas action.

DATED: October 8, 2021

_____
Michael Postle
*Pro Se*