

Michael Postle (*Pro-Se*)
2219 Catherwood Way
Sacramento, CA 95835

FILED
OCT - 8 2021
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

In re: ) Case No.: 21-22632-C-7
)
Michael Postle, )
)
   Debtor. )
)

**EMERGENCY MOTION FOR CONTEMPT, SANCTIONS AND DAMAGES**

Debtor Michael Postle ("Postle" or "Debtor") comes before this court in accordance with §105 of the Bankruptcy Code and Rules 9014 and 9037 of the Federal Rules of Bankruptcy Procedure and respectfully moves this Court to enter an Order awarding sanctions and damages against Creditors Victoria Brill ("Brill") and Todd Witteles ("Witteles") and to seal an exhibit that Creditor Brill submitted in support of its Opposition to Debtor's Motion To Dismiss Involuntary Bankruptcy Filing (ECF 27), hereinafter ("Brill Opposition"). In support of this motion, Postle states as follows.

On September 28, 2021, Brill filed an opposition to Debtor's Motion to Dismiss. Attached to the Brill Opposition as Exhibit 1 is a credit record for the Debtor that includes personal identification information in direct violation of Fed. R. Bankr. P. 9037, as well as likely in violation

- 1 -
EMERGENCY MOTION FOR CONTEMPT, SANCTIONS AND DAMAGES

of other federal and state identity protection laws and common law privacy rights. Specifically, the information disclosed was the Debtor's full social security number and his full date of birth and various financial account numbers.

Section 105(a) of the Bankruptcy Code vests bankruptcy courts with the inherent authority to issue any Order or rule that will prevent an abuse of process and protect the integrity of the bankruptcy system. 11 U.S.C. § 105(a).

Federal Rule of Bankruptcy Procedure 9037 provides, in part, as follows:

> REDACTED FILINGS. Unless the court orders otherwise, in an electronic or paper filing made with the court that contains an individual's social-security number, taxpayer-identification number, or birth date, the name of an individual, other than the debtor, known to be and identified as a minor, or a financial account number, a party or nonparty making the filing may include only:
> - the last four digits of the social-security number and taxpayer identification number;
> - the year of the individual's birth;
> - the minor's initials; and
> - the last four digits of the financial-account number.

Fed. R. Bankr. P. 9037(a).

Creditor has an affirmative duty to redact pursuant to Rule 9037(a) and pursuant to other federal and state privacy protection laws and common law.

There is no requirement on the part of the Debtor to request that Creditor seal its opposition or its exhibits as Creditor should not need to be coerced to comply with affirmative duties. Nonetheless, the Debtor files a motion to restrict the document to protect the individually identifiable information.

Upon information and belief, Creditor filed its claim electronically, and this Court's E-Filing system required Creditor to acknowledge agreement with the following notice when signing in.

> # United States Bankruptcy Court
> # Eastern District of California
>
> Username
>
> Forgot Password?
>
> Password (case sensitive)
>
> **Login**
>
> Create an account
>
> Please click here to file a Proof of Claim
>
> By logging in to this system, I agree to comply with the redaction policies stated in the Fed. R. Bankr. P. 9037 for all documents, including attachments.
>
> This is a restricted web site for Official Court Business only. Unauthorized entry is prohibited and subject to prosecution under Title 18 of the United States Code. All activities and access attempts are logged.
>
> Contact Us

　　　Upon information and belief, Creditor acknowledged agreement with the above notice by logging in *before* filing the *un-redacted* exhibit.

Additionally, on pg 4, fn 1 of the Brill Opposition, Counsel acknowledges that:

"1 Creditor Todd Witteles will also be filing an opposition to Postle's motion to dismiss. Witteles's counsel, Eric Bensamochan, will be authenticating this document in said opposition. The report is partially redacted to prevent disclosure of sensitive information."

It is seemingly troublesome that not only did Counsel for Brill not redact several instances of personally identifying information, Counsel for Witteles, Eric Bensamochan, who Creditor Brill states "…is taking the lead on this matter. Mr. Randazza admits to being a dilettante at bankruptcy law. Nevertheless, he signed on to the petition for Ms. Brill, and has taken his lead from Attorney Bensamochan – who has more bankruptcy law knowledge in his sleep than Mr. Randazza will ever have on his sharpest day." also did not redact that information or inform Counsel for Brill that there were privacy issues with the document. Brill Opposition, pg 2, ln 14-17.

By disclosing individually identifiable information in its opposition, made the information accessible by millions of individuals, entities and users worldwide, through access to public court records. As such, Brill knowingly and willfully violated Fed. R. Bankr. P. 9037 and likely other federal and state privacy protection laws.

As a direct and proximate result of the foregoing willful actions of Brill, the Debtor suffered compensable damages including, but not limited to, costs associated with filing the Motion to the claim and fees and costs associated with prosecuting this action. The Debtor also suffered distress and anxiety and would benefit from ongoing credit monitoring protection.

By virtue of the foregoing, an award of sanctions, damages, and attorneys' fees against Creditor and in favor of the Debtor is warranted, including but not limited to, fees and costs associated with prosecuting this action, compensatory damages for the Debtor's time, distress, anxiety, and costs of ongoing credit monitoring protection, with said damages to be proven at a hearing on this matter.

- 4 -
EMERGENCY MOTION FOR CONTEMPT, SANCTIONS AND DAMAGES

WHEREFORE, the Debtor respectfully requests that the Court enter an Order including the following relief:

A. Award to the Debtor and against Brill and Witteles sanctions, damages, reasonable fees, and costs in amounts to be proven at a hearing on this matter; and

B. Grant the Debtor such other and further relief as is just and proper.

DATED: October 8, 2021

_____
Michael Postle
*Pro Se*

EMERGENCY MOTION FOR CONTEMPT, SANCTIONS AND DAMAGES