Alex J. Shepard, SBN 295058
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive Suite 109
Las Vegas, NV 89117
Telephone: (702) 420-2001
Email: ecf@randazza.com

*Attorneys for Creditor,*
*Veronica Brill*

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>Michael Postle,<br><br>　　Debtor. | Case No. 21-22632-C-7<br><br>**OPPOSITION TO DEBTOR'S MOTION FOR CONTEMPT, SANCTIONS AND DAMAGES** |

## OPPOSITION TO DEBTOR'S MOTION FOR CONTEMPT, SANCTIONS AND DAMAGES

Debtor Michael Postle seeks an order awarding sanctions and damages against Creditor Veronica Brill regarding an exhibit to Ms. Brill's Opposition to Postle's Motion to Dismiss. This exhibit is a credit report that erroneously failed to redact some sensitive information of Postle. (Doc. No. 27.) This failure was not intentional, and neither Ms. Brill nor her counsel had any intention of making any sensitive information about Postle publicly available. The undersigned counsel apologizes for this error and stipulates to having this exhibit sealed. This disclosure was clearly inadvertent, as the exhibit did redact several pieces of information, but through an error in the process of redaction it did not obscure Postle's social security number and date of birth.[1]

---

[1] Ms. Brill and her counsel will do whatever is necessary to correct this mistake. It is worth noting, however, that Ms. Brill's Opposition has been on the docket since September 28, 2021. However, neither Postle nor anyone working on his behalf informed Ms. Brill or her counsel of this error until he filed this Motion for Sanctions. The document is still available on the Court's docket, meaning Postle made no effort prior to filing his Motion for Sanctions to correct this issue.

1   However, there is no basis for imposing sanctions, damages, or making any findings of
2   contempt. The only authority Postle cites is 11 U.S.C. § 105(a), which provides that the Court
3   "may issue any order . . . that is necessary or appropriate to carry out the provisions of this title."
4   Postle cites no case law or other statute or rule explaining when sanctions are appropriate or what
5   form such sanctions should take. He certainly provides no authority for the proposition that an
6   inadvertent failure to redact some information is sanctionable. Postle claims that he will prove his
7   alleged damages resulting from this inadvertent disclosure in a hearing on this matter, but much
8   of what he seeks is not compensable. For example, Postle requests attorneys' fees, but he is
9   representing himself. A *pro se* litigant is not entitled to an award of attorneys' fees. *See Trope v.*
10  *Katz*, 11 Cal. 4th 274, 285 (1995) (collecting cases). Furthermore, Postle cites no authority
11  showing that he is entitled to any damages, or what the nature of such damages should be.

12  Ms. Brill's counsel committed a regrettable error and will do whatever is necessary to fix
13  it, but there is no reason to impose sanctions under these circumstances. Further, in the event that
14  sanctions are imposed, they should be solely on counsel, and not on Ms. Brill.

16  Dated: October 8, 2021.            Respectfully Submitted,
                                        /s/ Alex J. Shepard
17                                      _____
                                        Alex J. Shepard, SBN 295058
18                                      RANDAZZA LEGAL GROUP, PLLC
                                        2764 Lake Sahara Drive Suite 109
19                                      Las Vegas, NV 89117
                                        Telephone: 702-420-2001
20                                      ecf@randazza.com

21                                      *Attorneys for Creditor,*
                                        *Veronica Brill*

---

26  Had Postle merely reached out to Ms. Brill's counsel, this could have been immediately remedied without any need for adversarial motion practice. Waiting until nearly close of business on a
27  Friday preceding a Court holiday makes it difficult to fix this error in a timely fashion.

- 2 -
Opposition To Debtor's Motion for Sanctions
Case No. 21-22632-C-7

Case No. 21-22632-C-7

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 8, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I further certify that a true and correct copy of the foregoing document being served via transmission of electronic mail and U.S. Mail.

Michael Postle, Debtor
<dreamseatpoker@gmail.com>

3724 Deer Walk Way
Antelope, CA 95843

2219 Catherwood Way
Sacramento, CA 95835

Respectfully Submitted,

/s/ *Alex J. Shepard*
Alex J. Shepard