## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## CIVIL MINUTES

**Case Title:** Michael Postle

**Case No.:** 21-22632 - C - 7

**Docket Control No.**

**Date:** 10/12/2021

**Time:** 10:00 AM

**Matter:** [16] - Motion/Application to Dismiss Case Filed by Alleged Debtor Michael Postle (shes)

**Judge: Christopher M. Klein**
**Courtroom Deputy: Lindsey Peratis**
**Reporter: Diamond Reporters**
**Department: C**

**APPEARANCES for:**
**Movant(s):**
(by phone) Alleged Debtor - Michael Postle
**Respondent(s):**
(by phone) Creditor's Attorney - Alex Shepherd;  (by phone) Creditor's Attorney - Eric Bensamochan

### CIVIL MINUTES

Findings of fact and conclusions of law stated orally on the record

Motion Denied without prejudice;

Alleged Debtor must file an answer to the Involuntary Petition by October 15, 2021.

**Status conference set for October 26, 2021 at 1:00 p.m.**

**The court will issue an order.**