**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re<br>Michael Postle,<br>            Debtor. | ) Case No. 21-22632 - C - 7<br>) Docket Control No.<br>) Document No. 16<br>) Date: 10/12/2021<br>) Time: 10:00 AM<br>) Dept: C |

**Order**

Findings of fact and conclusions of law having been stated orally on the record and good cause appearing.

**IT IS ORDERED** that the motion to dismiss is denied without prejudice.

**IT IS FURTHER ORDERD** that the Alleged Debtor, Michael Postle, shall file an answer to the Petition by October 15, 2021.

**IT IS FURTHER ORDERED** that a status conference will be held in this matter on October 26, 2021, at 1:00 p.m. at Sacramento Courtroom 35, Department C.

Dated: October 14, 2021

_____
United States Bankruptcy Judge

[16] - Motion/Application to Dismiss Case Filed by Alleged Debtor Michael Postle (shes)

# Instructions to Clerk of Court
## Service List – Not Part of Order/Judgment

The Clerk of Court is instructed to send the Order/Judgment or other court generated document transmitted herewith to the parties below. The Clerk of Court will send the Order via the BNC.

Office of the U.S. Trustee
Robert T Matsui United States Courthouse
501 I Street, Room 7-500
Sacramento CA 95814

Michael Postle
3724 Deer Walk Way
Antelope CA 95843

Alex Shepard
2764 Lake Sahara Dr #109
Las Vegas NV 89117

Eric Bensamochan
9025 Wilshire Blvd #215
Beverly Hills CA 90211

Marc J. Randazza
2764 Lake Sahara Dr #109
Las Vegas NV 89117