Eric Bensamochan, Esq. (SBN 255482)
The Bensamochan Law Firm Inc.
9025 Wilshire Blvd., Suite 215
Beverly Hills, CA. 90211
Phone: (818) 574-5740
Fax: (818) 961-0138
eric@eblawfirm.us

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| In re: | Case No. 21-22632-C-7 |
| | Involuntary Chapter 7 Bankruptcy |
| | DCN: EB-2 |
| MICHAEL POSTLE, | **JOINT MOTION FOR APPROVAL OF STIPULATION TO DISMISS AND FOR DISMISSAL OF CASE AND CLAIMS AND COUNTERCLAIMS OF ALLEGED DEBTOR** |
| | HEARING |
| | Date: February 9, 2022<br>Time: 10:00AM |
| Alleged Debtor. | Place: 501 I St., 6th Floor Courtroom 35<br>Sacramento, CA 95814 |

TO THE HONORABLE CHRISTOPHER M. KLEIN, UNITED STATES BANKRUPTCY JUDGE FOR THE EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION:

　　　　All petitioning creditors and the alleged debtor (collectively, "Parties") in this involuntary bankruptcy case ("Case") have entered into a stipulation for dismissal ("Stipulation to Dismiss") of the Case and dismissal of the claims and counterclaims of Michael Postle, the alleged debtor ("Alleged Debtor"). The Parties are seeking an order approving the Stipulation to Dismiss and an order dismissing the Case and claims and counterclaims of the Alleged Debtor.

1

JOINT MOTION FOR APPROVAL OF STIPULATION TO DISMISS AND DISMISSAL OF CASE AND CLAIMS AND COUNTERCLAIMS OF ALLEGED DEBTOR

1　　　　Todd Witteles and Veronica Brill (collectively, "Petitioning Creditors") filed the
2　instant chapter 7 involuntary bankruptcy petition on July 21, 2021.  The alleged debtor,
3　Michael Postle ("Alleged Debtor"), filed a list of creditors on October 15, 2021.  Docket 42.
4　　　　This Court entered a scheduling order on October 27, setting forth the following
5　deadlines:
6　　　　■ close of discovery on December 3
7　　　　■ Petition Creditors filing pre-trial statements no later than December 7
8　　　　■ Alleged Debtor filing pre-trial statement no later than December 13
9　　　　No order for relief has been entered.  The Court set a pre-trial conference hearing for
10　December 15, 2021 at 1:30PM.  The Court has indicated that it will set the trial at the
11　December 15 pretrial conference hearing.
12　　　　After the parties conducted discovery, one of the attorneys involved in this case
13　contacted Attorney Val Loumber, asking him to mediate a settlement between the two sides,
14　given that Mr. Loumber personally knows two of the attorneys involved in the Case.  The
15　parties reached an agreement in principle on December 7, stipulating to dismissal of the Case
16　and any pending claims and counterclaims.  The Stipulation to Dismiss, signed by all parties,
17　including all petitioning creditors and the Alleged Debtor, is filed in conjunction with this
18　Motion.  Privately, the parties have entered into a confidential settlement agreement resolving
19　their differences vis-à-vis this Case.[1]

## DISCUSSION

21　　　　This Court may dismiss an involuntary case under 11 U.S.C. § 303(j), "on consent of
22　all petitioners and the debtor".  11 U.S.C. § 303(j)(2).

---

[1] The settlement agreement will be available for *in camera* review by the Court, if and when the Court wishes to review it.

2
JOINT MOTION FOR APPROVAL OF STIPULATION TO DISMISS AND DISMISSAL OF CASE AND CLAIMS AND COUNTERCLAIMS OF ALLEGED DEBTOR

1  Consent is present here among all petitioning creditors (*i.e.*, the Petitioning Creditors)
2  and the Alleged Debtor. A review of the case docket also reveals that besides the Petitioning
3  Creditors, no other creditors have appeared in this Case.[2]
4  Accordingly, the parties request that the Court enter an order (1) approving the
5  Stipulation to Dismiss, (2) dismissing the Case, and (3) dismissing any and all claims and/or
6  counterclaims of the Alleged Debtor in this Case, including, but not limited to, dismissing the
7  motion filed by the Alleged Debtor on October 8, 2021 (Docket 31).

Respectfully submitted,

Date: _____

_____
Yasha Rahimzadeh
Attorney for Alleged Debtor

Date: 12/15/2021

Alex J. Shepard
Attorney for Petitioning Creditor Veronica Brill

Date: 12/15/21

Eric Bensamochan
Attorney for Petitioning Creditor Todd Witteles

---

[2] Ford Motor Credit Company and Synchrony Bank have filed proofs of claim but they have not otherwise appeared in the Case.

3

JOINT MOTION FOR APPROVAL OF STIPULATION TO DISMISS AND DISMISSAL OF CASE AND CLAIMS AND COUNTERCLAIMS OF ALLEGED DEBTOR

Consent is present here among all petitioning creditors (*i.e.*, the Petitioning Creditors) and the Alleged Debtor. A review of the case docket also reveals that besides the Petitioning Creditors, no other creditors have appeared in this Case.[2]

Accordingly, the parties request that the Court enter an order (1) approving the Stipulation to Dismiss, (2) dismissing the Case, and (3) dismissing any and all claims and/or counterclaims of the Alleged Debtor in this Case, including, but not limited to, dismissing the motion filed by the Alleged Debtor on October 8, 2021 (Docket 31).

Respectfully submitted,

Date: 12/13/21

Yasha Rahimzadeh
Attorney for Alleged Debtor

Date: _____

Marc Randazza
Attorney for Petitioning Creditor Veronica Brill

Date: _____

Eric Bensamochan
Attorney for Petitioning Creditor Todd Witteles

---

[2] Ford Motor Credit Company and Synchrony Bank have filed proofs of claim but they have not otherwise appeared in the Case.

3

JOINT MOTION FOR APPROVAL OF STIPULATION TO DISMISS AND DISMISSAL OF CASE AND CLAIMS AND COUNTERCLAIMS OF ALLEGED DEBTOR